UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANA MITCHELL, individually and MITCHELL FOX, a minor By and Through his natural guardian and next friend, Diana Mitchell

    Plaintiffs

v.

WALT DISNEY PARKS AND RESORTS, U.S., INC.

    Defendant

Case No. _____

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

### **Parties**

1. Plaintiff, Diana Mitchell, is domiciled in Massachusetts and resides at 58 Wianno Road Yarmouth Port, Massachusetts 02675.

2. Plaintiff, Mitchell Fox, is a minor domiciled in Massachusetts and resides at 58 Wianno Road Yarmouth Port, Massachusetts 02675.

3. Plaintiff Diana Mitchell is the mother and lawful guardian of Plaintiff Mitchell Fox.

4. Defendant, Walt Disney Parks and Resorts, U.S., Inc., is a corporation organized and existing under the laws of the state of Florida with its executive offices located in Orange County at 1375 E. Buena Vista Drive, Lake Buena Vista, Florida 32830.

## Jurisdiction and Venue

5. This court has jurisdiction over this action pursuant to 28 U.S.C. §1332.

6. The amount in controversy is more than $75,000 because Plaintiff Diana Mitchell's medical damages exceeded $58,000, lost wages were in excess of $11,000 and Plaintiff reasonably expects to recover well over $100,000 for her pain and suffering related to her injuries which required surgery, extensive post-operation rehabilitation, a leave of absence from her job, and prevented her from being able to care for her disabled son.

7. Venue is proper pursuant to 28 U.S.C. § 1391 (b)(2) because the accident giving rise to this Complaint occurred on Defendant's property in Bay Lake, FL.

## Facts

8. Plaintiff Mitchell Fox has been diagnosed with autism and developmental delay.

9. Disney's Hollywood Studios in Bay Lake, Florida, is owned and operated by Defendant Walt Disney Parks and Resorts, U.S., Inc.

10. On or about February 2, 2018, Plaintiffs Diana Mitchell and Mitchell Fox were patrons at Disney's Hollywood Studios.

11. Plaintiffs attended a production of the "Voyage of the Little Mermaid" in the Animation Courtyard of Disney's Hollywood Studios.

12. After the show ended, the theater was lit only by dim blue lights.

13. The theater attendants employed by Defendant began to rush patrons out of the dimly lit theater.

14. Due to the lack of adequate lighting and how quickly she was moving while being rushed out of the theater, Plaintiff Diana Mitchell fell harshly to the ground, landing on her right shoulder and knee.

15. As a result of Plaintiff Diana Mitchell's fall, she tore her right rotator cuff, her right bicep muscle, and heavily injured her right shoulder joint and injured her knee.

16. Plaintiff Diana Mitchell received surgery to repair her rotator cuff and bicep muscle.

17. Plaintiff Diana Mitchell's medical damages totaled over $58,000.

18. While recovering from her surgery, Plaintiff Diana Mitchell was forced to take a leave of absence from work pursuant to the Family Medical Leave Act.

19. As a result of missed time from work, Plaintiff Diana Mitchell suffered over $11,000 in lost wages.

20. During her long and arduous recovery process, Plaintiff Diana Mitchell was unable to drive and struggled with everyday tasks, including but not limited to, cooking, cleaning, and caring for her disabled son.

## Count I - Negligence

21. The Plaintiffs reallege and incorporate the allegations of paragraphs 1 through 20 as if fully stated herein.

22. Defendant had a duty of reasonable care for Plaintiff's safety and security as a patron of its establishment.

23. Defendant breached its duty to Plaintiff Diana Mitchell by failing to adequately light the theater for patrons.

24. As a direct and proximate result of Defendants' negligence, Plaintiff Diana Mitchell sustained and serious injuries, pain, medical expenses and other damages.

## Count II – Vicarious Liability

25. The Plaintiffs reallege and incorporate the allegations of paragraphs 1 through 20 as if fully stated herein.

26. Defendant had a duty of reasonable care for Plaintiff's safety and security as a patron of its establishment.

27. The Defendant's employees breached this duty by rushing Plaintiff Diana Mitchell and other patrons out of the dimly lit theater in an unsafe manner.

28. The Defendant's employees were acting in the scope of their employment when ushering patrons out of the theater.

29. Plaintiff Diana Mitchell was injured as the result of the negligence of Defendants' employees.

30. As a direct and proximate result of the negligence of Defendant's employees, Plaintiff Diana Mitchell sustained and serious injuries, pain, medical expenses and other damages.

## Count III – Loss of Consortium

31. The Plaintiffs reallege and incorporate the allegations of paragraphs 1 through 20 as if fully stated herein.

32. Plaintiff Diana Mitchell was injured as the result of Defendants' negligence and the negligence of its employees.

33. As a result of this negligence, Plaintiff Mitchell Fox suffered the loss of his mother's companionship, comfort, and consortium while she was recovering from her injuries.

34. The Defendants' acts and omissions were the proximate cause of the loss of consortium.

WHEREFORE, Plaintiffs demand judgment against the Defendant in an amount to be proven at trial, together with interest and costs.

### JURY DEMAND

Plaintiffs demand a jury trial on all claims asserted in this complaint.

Dated: January 28, 2022

Respectfully Submitted,

**EHRENSTEIN|SAGER**
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, Florida, 33134
Phone: (305) 503-5930

By: /s/ *Michael Ehrenstein*
Michael D. Ehrenstein
Florida Bar No.: 857378
mike@ehrensteinsager.com